Nov. Term,
**1856.**

MANSUR
v.
THE INDIAN-
APOLIS AND
BROWNSB'RGH
PLANKROAD
COMPANY.

</div>

---

GRAHAM *v.* MAYFIELD and Another.

APPEAL from the *Fountain* Court of Common Pleas.

*Per Curiam.*—Trial of right of property. Judgment for plaintiff before the justice. Appeal to the Common Pleas. Cause dismissed there on motion, for informality in the papers in the cause.

We perceive no informality substantially affecting the rights of the parties.

The judgment is reversed with costs. Cause remanded for further proceedings.

*W. H. Mallory,* for the appellant.